# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**OBERT DOUGLAS, JOSEPH COBB GIBBS,**
**CURTIS D. BOSCHERT, AND DON A. DEES**                   **PLAINTIFFS**

**VS.**                     **CIVIL ACTION NO. 4:18cv132-MPM-JMV**

**CITY OF CLARKSDALE, MISSISSIPPI**                     **DEFENDANT**

## AMENDED ORDER

Before the Court is Defendants' unopposed motion [26] for an extension of time in which to respond to Plaintiffs' interrogatories, requests for production, and requests for admissions. The Court finds the motion is well taken, and the same is GRANTED. Accordingly, Defendants' responses to Plaintiffs' written discovery requests are due on or before February 18, 2019.

This 14th day of January, 2019.

                                                /s/ Jane M. Virden
                                                UNITED STATES MAGISTRATE JUDGE