**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
CIVIL MINUTES**

**CASE NO.: 4:18-cv-132-MPM-JMV**　　　　　　　　　　**PLACE HELD - Greenville**

**OBERT DOUGLAS,** *ET AL.*　**VS.**　**CITY OF CLARKSDALE, MISSISSIPPI**

**DATE & TIME BEGUN/ENDED:**　June 3, 2019
　　　　　　　　　　　　　　　10:00 a.m. – 4:30 p.m.

**Total Time – 6 hours and 30 minutes**

**PRESENT:**
　　　　**Honorable Jane M. Virden, U.S. Magistrate Judge**

　　**Attorney for plaintiffs**　　　　　　　　**Attorney for defendants**
　　　Dennis L. Horn　　　　　　　　　　　　Jason T. Marsh

**PROCEEDINGS:**　Settlement Conference

**Docket Entry:** A settlement conference was held. The case was settled conditioned upon approval by the defendant board.

　　　　　　　　　　　　　　　　　　　　　**DAVID CREWS, CLERK**

　　　　　　　　　　　　　　　　　　　　**By:** s/ *Itonia R. Williams*
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk